**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 218 MAL 2017
                              :
              Respondent          :
                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court
           v.                   :
                              :
                              :
BRIAN LUKE,                     :
                              :
             Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.